# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

KAREN GORDON,

Plaintiff(s)

v.

AETNA LIFE INSURANCE COMPANY, et al.,

Defendant(s)

CASE No. 21-cv-07111-JD

STIPULATION AND ~~[PROPOSED]~~
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
   Mediation with Edwin A. Oster, Esq. of Judicate West.

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR*)

☒ other requested deadline: September 2, 2022, as ordered.

Date: March 14, 2022          *s/ Todd Krauss [as authorized on March 14, 2022]*
   _____
   Attorney for Plaintiff
   Kevin M. Zietz/Todd Krauss

Date: March 14, 2022          *s/ Nancy J. Marr*
   _____
   Attorney for Defendant
   Nancy Jerian Marr

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  March 16, 2022          _____
                               UNITED STATES DISTRICT JUDGE

*Judge James Donato*

*Important! E-file this form in ECF using the appropriate event among these options: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

American LegalNet, Inc.
www.FormsWorkFlow.com